UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

HOWARD COHAN,

    Plaintiff,

CASE NO.: 0:20-cv-61759-AHS

vs.

DENNY'S, INC.
a Florida Profit Corporation
d/b/a DENNY'S #485

    Defendant(s).
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendant, DENNY'S, INC., a Florida Profit Corporation, d/b/a DENNY'S #485, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against DENNY'S, INC., a Florida Profit Corporation, d/b/a DENNY'S #485; (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement; and (4) the Parties condition the stipulation upon this Court entering an order retaining jurisdiction to enforce the terms of the Parties' Settlement Agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

RESPECTFULLY SUBMITTED November 20, 2020.

| By: **/s/ Gregory S. Sconzo** | By: **/s/ Merry E. Lindberg** |
|---|---|
| Gregory S. Sconzo, Esq. | Merry E. Lindberg, Esq. |
| Florida Bar No.: 0105553 | Florida Bar No. 308102 |
| Sconzo Law Office, P.A. | Ford & Harrison LLP |
| 3825 PGA Boulevard, Suite 207 | 1450 Centrepark Blvd., Suite 325 |
| Palm Beach Gardens, FL 33410 | West Palm Beach, FL 33401 |
| Telephone: (561) 729-0940 | Telephone: (561) 345-7505 |
| Facsimile: (561) 491-9459 | Facsimile: (561) 345-7501 |
| Email: greg@sconzolawoffice.com | Email: mlindberg@fordharrison.com |
| Secondary Email: alexa@sconzolawoffice.com | Attorney for Defendant |
| Attorney for Plaintiff | |

1

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 20, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                              **/s/ Gregory S. Sconzo**
                                              **Gregory S. Sconzo, Esq.**